IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN R. BRICKMAN,<br><br>    Plaintiff,<br>v.<br>FACEBOOK, INC.,<br><br>    Defendant. | No. C-16-751 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On March 10, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed February 12, 2016.

**IT IS SO ORDERED.**

Dated: March 25, 2016

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge