# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:16-CV-00751-MMC<br><br>[~~PROPOSED~~] ORDER ~~VACATING~~ CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULING ~~AND ADR DEADLINES~~ UNTIL AFTER A RULING ON MOTION TO DISMISS<br><br>Judge:   Hon. Maxine M. Chesney |

[~~PROPOSED~~] ORDER VACATING CASE MANAGEMENT CONFERENCE SCHEDULING AND ADR DEADLINES

CASE NO. 3:16-CV-00751-MMC

1   Before the Court is Defendant Facebook, Inc.'s Motion to Vacate Case Management
2   Conference Scheduling and ADR Deadlines. **Plaintiff was required to file his opposition thereto, if any, no later than May 2, 2016.  See Civil L.R. 6-3(b).  To date, no opposition has been filed.**
3   The Court has considered the submissions, and hereby rules as follows:

4   The Motion is **GRANTED**.  The Court hereby modifies the schedule as follows: the Initial
5   Case Management Conference scheduled for May 20, 2016, shall be adjourned and rescheduled for
6   October 14, 2016; ~~the first Friday that falls 45 days after entry of an order on the pending Motion to Dismiss;~~ and the
7   deadline~~s~~ for the Joint Case Management Statement~~, filing the ADR Certification, and filing either~~
8   ~~the Stipulation to the ADR Process or the Notice of Need for ADR Phone Conference,~~ shall be
9   rescheduled for September 30, 2016.* ~~14 days prior to the rescheduled Initial Case Management Conference~~.

10  **IT IS SO ORDERED.**

12  Dated: _____May 3_____, 2016         _____
                                            HONORABLE MAXINE M. CHESNEY
13                                          UNITED STATES DISTRICT JUDGE

15  *On April 29, 2016, the parties filed the requisite ADR documents.