Patrick J. Perotti (Pro Hac Vice)
Frank A. Bartela (Pro Hac Vice)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Telephone:  (440) 352-3391
Facsimile:   (440) 352-3469
Email:  pperotti@dworkenlaw.com
            fbartela@dworkenlaw.com

Kristen Law Sagafi (SBN 222249)
Martin D. Quiñones (SBN 293318)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 254-6808
Fax: (202) 973-0950
*ksagafi@tzlegal.com*
*mquinones@tzlegal.com*

Hassan A. Zavareei (SBN 181547)
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950
*hzavareei@tzlegal.com*

Attorneys for Plaintiff COLIN BRICKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN BRICKMAN, individually and as a representative of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:16-cv-00751 <br><br> ~~PROPOSED~~ **ORDER SETTING BRIEFING SCHEDULE FOR FACEBOOK'S MOTION TO DISMISS IN ACCORDANCE WITH PARTIES JOINT STIPULATION (ECF NO. 42)** <br><br> The Honorable Thelton E. Henderson <br><br> Date Action Filed:    February 12, 2016 |

Pursuant to Civil Local Rule 6-2(a), plaintiff Colin Brickman ("Plaintiff") and defendant Facebook, Inc. ("Facebook"), through their undersigned counsel, jointly stipulated as follows:

1. The parties stipulated to allow Plaintiff to file his First Amended Complaint no later than July 8, 2016 (ECF No. 42).

2. The parties also jointly stipulated to the following briefing schedule for Facebook's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 42):

   **August 9, 2016**: Deadline for Facebook's Motion to Dismiss;

   **September 9, 2016:** Deadline for Plaintiff's Opposition;

   **October 10, 2016:** Deadline for the United States to intervene and oppose any constitutional issue raised by Defendant's motion to dismiss; and

   **October 24, 2016:** Deadline for Facebook to file its response to both Plaintiff's opposition and the United States' intervention.

3. The parties also agreed that Facebook's response to both Plaintiff's opposition and the United States' intervention would be made in a single brief and Facebook shall have 25 pages to respond to both briefs (ECF No. 42).

Based on the parties' joint stipulation (ECF No. 42), the Court finds that the Plaintiff's First Amended Complaint has been filed (ECF No. 43), and hereby orders that the briefing deadlines for Facebook's Motion to Dismiss Plaintiff's First Amended Complaint (ECF. No. 43) are set as described above and that Facebook shall respond to both Plaintiff's opposition and the United States' intervention in a single brief not to exceed 25 pages.

**PURSUANT TO THE PARTIES' JOINT STIPULATION, IT IS SO ORDERED.**

Dated: 7/21, 2016

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE.
Case No. 3:16-cv-00751

1

1
2  Dated: July 21, 2016					DWORKEN & BERNSTEIN CO., L.P.A.

3
4							By:  *s/Frank A. Bartela*
							Attorneys for Plaintiff
5							COLIN BRICKMAN

6  Dated: July 21, 2016					KIRKLAND & ELLIS  LLP

7
8							By:  *s/Devin S. Anderson (with permission)*
							Attorneys for Defendant
9							FACEBOOK, INC.

10

11
**ECF ATTESTATION**
12
    I, Frank A. Bartela, am the ECF User whose ID and Password are being used to file this
13
document.  I attest that concurrence in the filing of this document has been obtained from the
14
signatory.
15
Dated:  July 21, 2016
16							By:  *s/ Frank A. Bartela*

[Proposed] Order Setting Briefing Schedule.
Case No. 3:16-cv-00751

2