UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN R. BRICKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No.16-cv-00751-TEH<br><br>**ORDER VACATING AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On September 22, 2016, the Defendant filed a Motion to Vacate Case Management Conference Scheduling Deadlines (ECF No. 57). On September 26, 2016, Plaintiff responded to Defendant's motion (ECF No. 59). Having considered the parties' submissions, the Court rules as follows:

1. The case management conference scheduled for **October 17, 2016** and its related deadline for the parties' Joint Case Management Statement are VACATED.
2. A case management conference will be held on **November 7, 2016 at 10:00AM**, in court, immediately following the parties' arguments on Defendant's Motion to Dismiss.
3. The parties are not required to submit a Joint Case Management Statement for the rescheduled case management conference. However, the parties shall come prepared to discuss the status of the case and any other related or pending issues.

**IT IS SO ORDERED.**

Dated: 09/27/16

THELTON E. HENDERSON
United States District Judge