UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN R. BRICKMAN,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

Case No. 16-cv-00751-TEH

**ORDER REQUIRING SUPPLEMENTAL BRIEFING, CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS, AND CONTINUING CASE MANAGEMENT CONFERENCE**

One of the issues raised by Defendant Facebook, Inc. ("Facebook") in its pending motion to dismiss is the constitutionality of the Telephone Consumer Protection Act ("TCPA"). Facebook argues that, because the statute's exceptions draw distinctions based on the message a speaker conveys, it is content-based and therefore subject to strict scrutiny under *Reed v. Town of Gilbert*, 135 S. Ct. 2218 (2015). Plaintiff argues that intermediate scrutiny applies to the TCPA but fails to address whether the statute and its exceptions would pass strict scrutiny.

To ensure a full record if the Court ultimately determines that strict scrutiny applies, IT IS HEREBY ORDERED that Plaintiff shall file, by **November 21, 2016**, a supplemental brief of no more than eight pages discussing whether the TCPA and its exceptions would pass strict scrutiny. Facebook may file a response of no more than five pages by **November 28, 2016.** The hearing on Facebook's motion and the parties' initial case management conference is continued to **December 12, 2016,** at **10:00 AM,** in Courtroom 2, 17th Floor, San Francisco.

**IT IS SO ORDERED.**

Dated:                                                             _____
                                                                                  THELTON E. HENDERSON
                                                                                  United States District Judge