FILED

DEC 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff-Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor-Respondent,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>  Defendant-Petitioner. | No.   17-80080<br><br>D.C. No. 3:16-cv-00751-TEH<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>  Plaintiff-Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor-Respondent,<br><br> v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>  Defendant-Petitioner. | No.   17-80086<br><br>D.C. No. 3:16-cv-02266-JST |

AC/MOATT

Before: LEAVY and HURWITZ, Circuit Judges.

Resolution of these petitions for permission to appeal pursuant to 28 U.S.C. § 1292(b) was stayed pending a decision in *Marks v. Crunch of San Diego*, No. 14-56834. On September 20, 2018, this court issued a decision in *Marks*.

We have received petitioner's filings renewing the requests for permission to appeal or, alternatively, seeking to stay resolution of these petitions pending a decision in *Duguid v. Facebook, Inc.*, No. 17-15320. We grant the alternate requests (Docket Entry No. 22 in appeal No. 17-80080; Docket Entry No. 24 in appeal No. 17-80086) to stay resolution of these petitions for permission appeal pending a decision in *Duguid v. Facebook, Inc.*, No. 17-15320. Resolution of these petitions is also stayed pending a decision in *Gallion v. Charter Communications, Inc.*, No. 18-55667. Within 14 days after this court has issued decisions in both *Duguid* and *Gallion*, petitioner shall notify this court in writing and shall file a request for appropriate relief.