LATHAM & WATKINS LLP
  Elizabeth L. Deeley (Bar No. 230798)
    *elizabeth.deeley@lw.com*
  Melanie M. Blunschi (Bar No. 234264)
    *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415.391.0600 / 415.395.8095 (Fax)

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
202.637.2200 / 202.637.2201 (Fax)

*Counsel for Defendant Facebook, Inc.*

*Additional Counsel on Signature Page.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | Case No. 3:16-cv-00751-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Defendant Facebook, Inc., and Plaintiff Colin Brickman stipulate as follows:

1. On May 19, 2021, Brickman moved for leave to file a second amended complaint. *See* ECF No. 133

2. Facebook's opposition is due June 2, 2021, and Brickman's reply is due June 9, 2021. *See id.*

3. In light of the Memorial Day holiday period and to provide the parties with adequate time to brief the implications of the Supreme Court's decision in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021), the parties agree that is appropriate to extend the briefing schedule on Brickman's motion as follows:

- Facebook's opposition (currently due June 2, 2021) will be due June 18, 2021.
- Brickman's reply will be due July 2, 2021.
- The hearing on Brickman's motion (currently scheduled for July 7, 2021, at 2:00 PM) will be rescheduled for July 21, 2021, at 2:00 PM.

**IT IS SO STIPULATED.**

Dated: May 20, 2021

Respectfully submitted,

/s/ Melanie M. Blunschi
Melanie M. Blunschi (Bar No. 234264)
Elizabeth L. Deeley (Bar No. 230798)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8233
Fax: (415) 395-8095
Email: elizabeth.deeley@lw.com
melanie.blunschi@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.clubok@lw.com
susan.engel@lw.com

*Counsel for Defendant Facebook, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. & [PROPOSED] ORDER RE:
PL.'S MOT. FOR LEAVE TO AMEND COMPL.
CASE NO. 3:16-CV-751-WHO

| | |
|---|---|
| 1 | |
| 2 | */s/ Patrick J. Perotti*<br>Patrick J. Perotti, Esq. (*pro hac vice*) |
| 3 | Frank A. Bartela, Esq. (*pro hac vice*)<br>**Dworken & Bernstein Co., L.P.A.** |
| 4 | 60 South Park Place<br>Painesville, Ohio 44077 |
| 5 | Tel: (440) 352-3391<br>Fax : (440) 352-3469 |
| 6 | *pperotti@dworkenlaw.com*<br>*fbartela@dworkenlaw.com* |
| 7 | Hassan A. Zavareei (SBN 181547) |
| 8 | Andrea R. Gold (*pro hac vice*)<br>**Tycko & Zavareei LLP** |
| 9 | 1828 L Street, N.W., Suite 1000<br>Washington, DC 20036 |
| 10 | Tel.: (202) 973-0900<br>Fax: (202) 973-0950 |
| 11 | *hzavareei@tzlegal.com* |
| 12 | Sabita J. Soneji (SBN 224262)<br>**Tycko & Zavareei LLP** |
| 13 | 19700 Broadway, Suite 1070<br>Oakland, CA 94612 |
| 14 | Tel.: (510) 254-6808<br>Fax: (510) 973-0950 |
| 15 | *ssoneji@tzlegal.com* |
| 16 | *Counsel for Plaintiff Colin R. Brickman* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE:
PL.'S MOT. FOR LEAVE TO AMEND COMPL.
CASE NO. 3:16-CV-751-WHO

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I attest that I am the ECF user whose identification and password is being used to file this Stipulation and [Proposed] Order Extending Briefing Schedule on Plaintiff's Motion for Leave to Amend Complaint and that all signatories on whose behalf this filing is submitted concur in its content and have authorized its filing.

Dated: May 20, 2021             */s/ Melanie M. Blunschi*
Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE:
PL.'S MOT. FOR LEAVE TO AMEND COMPL.
CASE NO. 3:16-CV-751-WHO

# [~~PROPOSED~~] ORDER

Upon consideration of the parties' Stipulation Extending Briefing Schedule on Plaintiff's Motion for Leave to Amend Complaint, the Court hereby **GRANTS** the stipulated request and modifies the schedule as follows:

- Facebook's opposition is now due June 18, 2021.
- Brickman's reply is now due July 2, 2021.
- The hearing on Brickman's motion is rescheduled for July 21, 2021, at 2:00 PM.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 20, 2021

_____
Hon. William H. Orrick
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER RE: STIP. ON
PL.'S MOT. FOR LEAVE TO AMEND COMPL.
CASE NO. 3:16-CV-751-WHO