UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN R. BRICKMAN,

    Plaintiff,

    v.

FACEBOOK, INC.,

    Defendant.

Case No. 16-cv-00751-WHO

**ORDER RE JUDGMENT**

    I have reviewed the Joint Report On Meet-And-Confer Efforts (Dkt. No. 153) following my September 15, 2021 order denying plaintiff's motion for leave to file a second amended complaint (Dkt. No. 152).  In that order, I assumed the truth of the existing allegations in plaintiff's First Amended Complaint and the additional allegations in his proposed Second Amended Complaint, and considered the Declaration of Randall A. Snyder (Dkt. No. 133-1). The parties were on notice that I would test plaintiff's existing and proposed allegations regarding defendant's conduct under *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163, 1164 (2021).  Dkt. No. 132. Having determined that plaintiff's existing and proposed allegations were not sufficient as a matter of law, I denied as futile plaintiff's motion for leave to file the proposed Second Amended Complaint.  Dkt. No. 152.

    The parties had a full and fair opportunity to present their arguments and have me consider the sufficiency of plaintiff's allegations, including those based on the Snyder declaration. Accordingly, judgment will be entered in favor of defendant.  Plaintiff's right to appeal from entry of judgment following the motion denying him leave to amend is fully preserved.

    **IT IS SO ORDERED.**

Dated: September 23, 2021



William H. Orrick
United States District Judge